1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2723

5  Attorney for Plaintiff





OCT 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,      )   2:06-SW-0298-KJM
                                  )   2:06-SW-0299-KJM
12             Plaintiff,         )   2:06-SW-0300-KJM
                                  )   2:06-SW-0301-KJM
13       v.                       )   2:06-SW-0302-KJM
                                  )   2:06-SW-0303-KJM
14 IN RE MATTER OF SEIZURE        )   2:06-SW-0304-KJM
   WARRANTS FOR CERTAIN FUNDS     )   2:06-SW-0305-KJM
15 AND VEHICLES                   )   2:06-SW-0306-KJM
                                  )
16                                )   [PROPOSED] UNSEALING ORDER
                                  )
17 _____

18       On October 13, 2006, the Court entered a sealing order on

19 the affidavit and seizure warrants numbered: 2:06-SW-0298-KJM

20 through 2:06-SW-0306-KJM.  The United States now requests that

21 the affidavit and seizure warrants listed above be unsealed.

22       IT IS SO ORDERED.

23 DATED: 10/17/06                 _____
                                   KIMBERLY J. MUELLER
24                                 UNITED STATES MAGISTRATE JUDGE